FILED
2019 Dec-18  PM 02:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
11/12/2019 4:46 PM
40-CV-2019-900045.00
CIRCUIT COURT OF
LAMAR COUNTY, ALABAMA
MARY ANN JONES, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>40 |
|---|---|---|

Date of Filing:     Judge Code:
11/12/2019

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF LAMAR COUNTY, ALABAMA
LISA RENEE SPRUIELL AS PERSONAL REPRESENTATIVE OF JAMES LAWSON SPRUIELL, DECEASED ET AL v.

**First Plaintiff:** ☐ Business ☑ Individual    **First Defendant:** ☑ Business ☐ Individual
☐ Government ☐ Other    ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☑ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER

R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO    **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

| WOR001 | 11/12/2019 4:46:28 PM | /s/ MICHAEL A. WOREL |
|---|---|---|
| | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

DOCUMENT 2

ELECTRONICALLY FILED
11/12/2019 4:46 PM
40-CV-2019-900045.00
CIRCUIT COURT OF
LAMAR COUNTY, ALABAMA
MARY ANN JONES, CLERK

IN THE CIRCUIT COURT OF LAMAR COUNTY, ALABAMA

| | |
|---|---|
| LISA RENEE SPRUIELL, Individually and as personal representative of the heirs and estate of JAMES LAWSON SPRUIELL, deceased; and KIMBERLY AULD, Individually and as personal representative of the heirs and estate of JOHN WESLEY "TREY" AULD III, deceased,<br><br>      Plaintiffs,<br><br>v.<br><br>AIR METHODS, CORP., a Delaware Corporation, dba ALABAMA LIFE SAVER,<br><br>      Defendant. | CIVIL ACTION NUMBER<br><br>_____ |

## COMPLAINT

COMES NOW Plaintiffs do hereby allege and state:

### I.
### PARTIES, JURISDICTION, VENUE AND GENERAL ALLEGATIONS

1.     This Complaint is for damages arising from the deaths of James Lawson Spruiell ("James Spruiell") and John Wesley "Trey" Auld III ("Trey Auld") while acting as a Medivac on a Part 135 non-scheduled air medical flight that crashed in Suttgart, Arkansas County, State of Arkansas, on November 19, 2017, which caused the deaths of a James Spruiell and Trey Auld from acts, conduct, occurrences, transactions, and circumstances which, if death had not ensued, would have entitled James Spruiell and Trey Auld to recover damages in respect thereof.

2.     James Spruiell was a resident and citizen of Sulligent, County of Lamar, State of Alabama and was married to Plaintiff Lisa Renee Spruiell ("Lisa Spruiell"), who is also a resident and citizen of Sulligent, County of Lamar, State of Alabama.  Plaintiff Lisa Spruiell has been appointed personal representative of the estate of James Spruiell in a July 16, 2018 order from the Alabama Probate Court of Lamar County, and represents herself and the legal heirs of James Spruiell, including son Jacob Spruiell, daughter Madison Spruiell, step-son Nathan McGriff, to whom James Spruiell stood in loco parentis, and step-daughter Danielle Atkinson, to whom James Spruiell stood in loco parentis.

3.      Trey Auld was a resident and citizen of Shreveport, Louisiana and was the son of Plaintiff Kimberly Auld ("Kim Auld"), who is also a resident and citizen of Shreveport, Louisiana.  Plaintiff Kim Auld has been appointed personal representative of the estate of Trey Auld in Arkansas County, Arkansas, and represents herself and the legal heirs of Trey Auld.

4.      Defendant LifeSaver is an emergency helicopter transportation service that has been operating in Alabama for several years.  Defendant Air Methods, Corporation ("Air Methods") purchased it in 2009.  Defendant Air Methods is a corporation existing under the laws of the State of Delaware, with a principal place of business in Alabama, under the name LifeSaver.  At all relevant times, Air Methods was doing business in the State of Alabama, has a principal place of business in Alabama and has systematic contacts within the State of Alabama.  Air Methods has a registered agent in Alabama.  Air Methods operations in Alabama are substantial and of such a nature as to render Air Methods at home in the State of Alabama.

5.      Venue is proper in Lamar County, Alabama, pursuant to Ala. Code 1975 § 6-3-7 (3) in that the Plaintiff resides in Lamar County

6.      Many of the injuries occurred in Alabama.

7.      This action is brought pursuant to the Alabama Wrongful Death Statute (Ala. Code 1975, § 6-5-410 et seq.) and/or related statutes and/or common law and/or any and all applicable laws of the state of Alabama.

3

## II.
## FACTUAL ALLEGATIONS

8.      On November 19, 2017, about 6:55 p.m. central standard time, a Bell 407 helicopter, N620PA, crashed on a reservoir bank near Stuttgart, Arkansas.

9.      The Bell 407 was owned and operated by Defendant Air Methods, and was being piloted by Michael Todd Bollen, who was also employed by Defendant Air Methods.

10.     The helicopter was registered to and operated by Air Methods Corporation under the provisions of Title 14 Code of Federal Regulations (CFR) Part 135.

11.     The decedents James Spruiell and Trey Auld were medical crewmembers and were employed by Pafford Emergency Medical Services.

12.     Visual meteorological conditions prevailed for the positioning flight, which was operated on a company visual flight rules flight plan. The flight originated from Pine Bluff, Arkansas, at 1820 and was in-route to pick up a patient in Helena, Arkansas, proceeding through the Arkansas Grand Prairie, near and around Stuttgart, Arkansas.

17.     Defendant Air Methods was required to perform a preflight risk assessment that includes strategies and procedures for mitigating identified risks and determine the safe cruise altitude by evaluating obstacles that may exist along the planned route of flight.

18.     Defendant Air Methods had many resources available to it to avoid bird strikes, such as the Avian Hazard Advisory System, the FAA Wildlife Strike Database and the US Air Force developed a Bird Avoidance Model (BAM).

13.     It is well known and well understood that the area of Stuttgart, Arkansas is both the water fowl and rice capitals of the world. It is located in the Arkansas Grand Prairie where the commercial production of rice was pioneered in 1904 and led to Arkansas's status as the top rice producing state in the U.S.

14.     Rice fields and irrigation reservoirs entice the annual migration of ducks and geese on the Mississippi Flyway to linger, making the area nationally renowned among waterfowl hunters, especially during the month of November.

15.     It is also well known and understood in the aviation industry that 90% of all bird strikes happen below 3,000 feet above ground level.  As such, the Federal Aviation Authority ("FAA") urges pilots to minimize en-route flying at lower altitudes during migration, and to remain especially vigilant in charted wildlife refuges and other natural areas contain unusually high local concentration of birds which may create a hazard to aircraft.

16.     For eastbound helicopter traffic, a flight plan should include flying at 4,000 feet above ground level.

17.     The helicopter was transmitting its position to the company via satellite communications. At 1855:50, the helicopter transmitted that it was heading 070°, traveling 116 knots at 1,252 ft mean sea level, or 1,075 feet above ground level. This was the last recorded data point.

18.     Defendant Air Methods initiated a search when satellite tracking was lost, and the wreckage was located several hours later.

19.    At the time of the crash, both the sun and the moon were more than 15° below the horizon, and dark night conditions existed with no illumination from the moon. The nearest areas of cultural light were over 13 miles away.

20.    The helicopter was found on the bank of a reservoir on its right side on a heading about 205°. During the on-scene portion of the investigation, numerous geese, ducks, and cranes were observed in the reservoir and at another nearby reservoir.

21.    Multiple bird remains were found from the cockpit area to the first bulkhead. Samples from the bird remains were sent to the Feather Identification Laboratory, Smithsonian Institution, National Museum of Natural History, Washington, DC.

22.    An eye witness saw the helicopter fly over and then heard thousands of snow geese take flight because of the noise of the helicopter.  She then saw the helicopter lose control, crash and explode.

23.    The Arkansas Crime Laboratory, Little Rock, Arkansas, conducted an autopsy on the pilot. The cause of death was multiple injuries. The autopsy noted white bird feathers embedded in the pilot's coveralls and right boot.

24.    Samples submitted to the Smithsonian contained remains from snow geese, which typically have an average weight of 4.8 and 5.48 lbs for females and males.

25.    A review of the FAA Wildlife Strike Database found a strike report for November 17, 2011, about 0705 central standard time; the pilot of a Cessna 210 airplane reported striking a snow goose near the area of the accident site.

26.    The US Air Force developed a Bird Avoidance Model (BAM) that analyzes and correlates bird habitats, migration patterns, and breeding characteristics with key environmental and man-made geospatial data. This model is used by military pilots and planners to monitor bird activity for strike mitigation purposes. At dusk, the strike probability for the accident area was forecast to be severe.

27.    Defendant had a previous bird strike in that area and knew that the area was hazardous due to the potential for bird strikes.

## FIRST CAUSE OF ACTION
## NEGLIGENCE

Plaintiffs repeat and incorporate herein the allegations of paragraphs 1 through 27 above.

28.    Defendant Air Methods owed the duties of care to Decedents James Spruiell and to Trey Auld which included a duty  among other requirements to properly monitor bird activity using BAM, Avian Hazard Advisory System, and/or the FAA Wildlife Strike Database and to dispatch its pilots with routes and at altitudes to void bird strikes and to train its pilots to avoid bird strikes and how to control their helicopters when struck by birds.

29.    Defendant Air Methods was negligent in fulfilling its duties.

30.    As a direct and proximate result of said acts, Decedents suffered fatal injuries, conscious pain and suffering, fear of impending death, mental anguish and

WHEREFORE, Plaintiffs Lisa Renee Spruiell, Individually and as personal representative of the heirs and estate of James Lawson Spruiell, deceased, and Kimberly Auld, Individually and as personal representative of the heirs and estate of John Wesley "Trey" Auld, III demand judgments against Defendant Air Methods, Corp. dba Alabama Life Saver for punitive damages plus interests and costs.  Plaintiffs request that the jury selected to hear this case render a verdict for Plaintiffs and against Defendant, and award damages in the amount which will adequately reflect the enormity of the Defendant's wrong in causing and/or contributing to cause the death of James Lawson Spruiell, deceased, and John Wesley "Trey" Auld, III, deceased, and which will effectively prevent other similarly-caused deaths.

Respectfully submitted,

DEWSNUP KING OLSEN WOREL
HAVAS & MORTENSEN
MICHAEL A. WOREL (ASB-4492-L69M)
Utah State Bar No.  6616
36 South State Street, Suite 2400
Salt Lake City, Utah 84111
(801) 533-0400
(801) 363-4218 FAX
mworel@dkolaw.com

MATTHEW LEDUKE
JONATHAN LOWE
LOWE MOBLEY LOWE & LEDUKE
P.O. BOX 819
HAMILTON, ALABAMA  35570
(251) 921-5296
(251) 921-9090 FAX
matt@lowemobleylowe.com
jbl@lowemobleylowe.com

*Counsel for Plaintiffs*



AlaFile E-Notice

40-CV-2019-900045.00

To:   MICHAEL A. WOREL
      docket@dkolaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF LAMAR COUNTY, ALABAMA

LISA RENEE SPRUIELL AS PERSONAL REPRESENTATIVE OF JAMES LAWSON SPRUIEL
40-CV-2019-900045.00

The following complaint was FILED on 11/12/2019 4:46:33 PM

Notice Date:    11/12/2019 4:46:33 PM

MARY ANN JONES
CIRCUIT COURT CLERK
LAMAR COUNTY, ALABAMA
P.O. BOX 434
VERNON, AL, 35592

205-695-7193



AlaFile E-Notice

40-CV-2019-900045.00

To:  AIR METHODS, CORP., A DELAWARE CORPORATION, DBA
ALABAMA LIFE SAVER
2 NORTH JACKSON ST. #605
MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF LAMAR COUNTY, ALABAMA

LISA RENEE SPRUIELL AS PERSONAL REPRESENTATIVE OF JAMES LAWSON SPRUIEL
40-CV-2019-900045.00

The following complaint was FILED on 11/12/2019 4:46:33 PM

Notice Date:      11/12/2019 4:46:33 PM

MARY ANN JONES
CIRCUIT COURT CLERK
LAMAR COUNTY, ALABAMA
P.O. BOX 434
VERNON, AL, 35592

205-695-7193

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>40-CV-2019-900045.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF LAMAR COUNTY, ALABAMA
### LISA RENEE SPRUIELL AS PERSONAL REPRESENTATIVE OF JAMES LAWSON SPRUIEL

**NOTICE TO:** AIR METHODS, CORP., A DELAWARE CORPORATION, DBA, ALABAMA LIFE SAVER 2 NORTH JACKSON ST. #605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MICHAEL A. WOREL                                                                                          ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 36 S. State Street, Suite 2400, Salt Lake City, UT 84111                                    .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of LISA RENEE SPRUIELL AS PERSONAL REPRESENTATIVE OF JAMES LAWSON SPRUIELL, DECEASED

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 11/12/2019 | /s/ MARY ANN JONES | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ MICHAEL A. WOREL

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                    .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          *(Address of Server)*

*(Type of Process Server)*          *(Server's Signature)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

CV 19 9-46

1. Article Addressed to:

Air Methods Corp A Delaware Corp
dba Alabama Life Save
2 N Jackson St #605
Montgomery, AL 36104



9590 9402 3312 7196 7067 55

2. Article Number (Transfer from service label)

7019 0140 0000 9363 0010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ Lockwood ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

NOV 1 8 2019

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

USPS TRACKING # FIRST-CLASS MAIL



9590 9402 3312 7196 7067 55

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Lamar Co. Circuit Clerk
P.O. Box 434
Vernon, AL 35592

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage

$

Total Postage and Fees

$

CV 19-45

Sent To  Air Methods, Corp/ AL Lifesaver

Street and Apt. No., or PO Box No.  2 N Jackson St #605

City, State, ZIP+4®  Montgomery, AL 36104

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7019 0140 0000 3963 0100

ELECTRONICALLY FILED
12/12/2019 3:27 PM
40-CV-2019-900045.00
CIRCUIT COURT OF
LAMAR COUNTY, ALABAMA
MARY ANN JONES, CLERK

# STATE OF ALABAMA

Revised 3/5/08

**Unified Judicial System**

40-LAMAR

☐ District Court ☑ Circuit Court

CV2

Cas

## CIVIL MOTION COVER SHEET

LISA RENEE SPRUIELL AS PERSONAL
REPRESENTATIVE OF JAMES LAWSON SPRUIEL

*Name of Filing Party:* C001 - DECEASED LISA RENEE SPRUIELL AS
PERSONAL REPRESENT
C002 - AULD, III, DECEASED KIMBERLY AULD,
AS PERSONAL REP

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

MATTHEW BEN LEDUKE

P.O. Box 819

HAMILTON, AL 35570

*Attorney Bar No.:* LED010

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| | ☐ Continue |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Deposition |
| | ☐ Designate a Mediator |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Judgment as a Matter of Law (during Trial) |
| | ☐ Disburse Funds |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Extension of Time |
| ☐ Motion to Intervene ($297.00) | ☐ In Limine |
| ☑ Other    Verified Application to Practice Pro Hac Vice | ☐ Joinder |
| pursuant to Rule   VII of the Rules Governing     ($325.00) Admission to the State Bar | ☐ More Definite Statement |
| | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees.* | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| ☐ Local Court Costs $    0 | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other |
| | pursuant to Rule      (Subject to Filing Fee) |

☐ Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 of Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees)

Date:

12/12/2019 3:10:07 PM

Signature of Attorney or Party
/s/ MATTHEW BEN LEDUKE

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
12/12/2019 3:27 PM
40-CV-2019-900045.00
CIRCUIT COURT OF
LAMAR COUNTY, ALABAMA
MARY ANN JONES, CLERK

LISA RENEE SPRUIELL, Individually and as
personal representative of the heirs and estate
of JAMES LAWSON SPRUIELL, deceased;
and KIMBERLY AULD, Individually and as
personal representative of the heirs and estate
of JOHN WESLEY "TREY" AULD, III,
deceased,

        Plaintiff

40-CV-2019-900045.00

Case No.

VS.

Lamar County

(Court or Administrative Agency)

AIR METHODS, CORP., a Delaware
Corporation, dba ALABAMA LIFE
SAVER

        Defendant

# VERIFIED APPLICATION FOR ADMISSION
## TO PRACTICE UNDER RULE VII OF THE
## RULES GOVERNING ADMISSION TO THE ALABAMA STATE BAR

Comes now Alan W. Mortensen _____, applicant
herein, and respectfully represents the following:

1. Applicant resides at 157 W. 300 S. _____
                                          Street Address

Bountiful _____, Davis _____, Utah _____,
   City                  County             State

84010 _____, 801-556-6867 _____, ████████████
  Zip Code           Telephone        Social Security Number

2. Applicant is an attorney and a member of the law firm of (or practices law
under the name of) Dewsnup, King, Olsen, Worel, Havas & Mortensen _____, with
offices at 36 South State Street, Suite 2400 _____, Salt Lake City _____
                      Street Address                      City

Salt Lake _____, Utah _____, 84111 _____, 801-533-0400 _____,
  County            State       Zip Code       Telephone

amort@dkowlaw.com _____
     E-mail

3. Applicant has been retained personally or as a member of the above named law firm by Michael Worel                                                                    to provide legal representation in connection with the above-styled matter now pending before the above-named court or administrative agency of the State of Alabama.

4. Since October 19                    of 19/20 93   , applicant has been, and presently is, a member in good standing of the Bar of the highest court of the State of Utah                                                        , where applicant regularly practices law **ATTACH A CERTIFICATE OF GOOD STANDING.**

5. Applicant has been admitted to practice before the following courts: (List all of the following courts applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states.)

| Court: | Date Admitted: |
|---|---|
| U.S. Supreme Court | 11/4/13 |
| U.S. Court of Appeal 10th District | 10/29/93 |
| State Bar of Colorado | 7/7/95 |
| State Bar of Wyoming | 9/2/94 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Applicant is presently a member in good standing of the Bars of those courts listed above, except as may be listed below: (Here list any court named in the preceding paragraph that applicant is no longer admitted to practice before.)

6. Applicant presently is not subject to any disbarment proceedings, except as provided below (give particulars, e.g., jurisdiction, court, date):

_____

_____

7. Applicant presently is not subject to any suspension proceedings, except as provided below (give particulars, e.g., jurisdiction, court, date):

_____

_____

8. Applicant never has been subject to any disbarment proceedings, except as provided below (give particulars, e.g., jurisdiction, date of proceedings, court, date of reinstatement):

_____

_____

9. Applicant never has been subject to any suspension proceedings, except as provided below (give particulars, e.g., jurisdiction, date of proceedings, court, date of reinstatement):

_____

_____

10. Applicant never has had any certificate or privilege to appear and practice before any administrative body suspended or revoked, except as provided below (give particulars, e.g., date, administrative body, date of suspension and reinstatement):

_____

_____

11. Applicant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate applicant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

_____

_____

12. Applicant or a member of applicant's firm has filed applications(s) to appear as counsel under Rule VII during the past three (3) years in the following matters:

| Date of Application | Name of Applicant | Case No. and Style of Case | Court or Admin. Body | Application Granted/Denied |
|---|---|---|---|---|
| 11/1/19 | Lance L. Milne | CV-2018-902653.00, Comalander v. Canale, et al. | Mobile County | Pending |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(If necessary, please attach statement of additional applications.)

13. Local counsel of record associated with applicant in this matter is

Michael Worel ,

who has offices at 36 South State Street, Suite 2400 ,

Salt Lake City , Salt Lake, Utah ,Alabama,
City                        County

84111 , 801-533-0400 , mworel@dkowlaw.com
Zip Code          Telephone              E-mail

14. The following list accurately states the name and address of each party in this matter, WHETHER OR NOT REPRESENTED BY COUNSEL, and the name and address of each counsel of record who has appeared for each party:

| Name of Party | Mailing Address |
|---|---|
| Lisa Renee Spruiell | PO Box 495, Sulligent, AL 35586 |
| Kimberly Auld | 626 Pelican Pl., Shreveport, LA 71101 |
| Air Metholds, Corp. dba Alabama Life Saver | 7301 S. Peoria Street, Englewood, CO 80112 |
| | |
| | |

(Item 14, Continued)

Name of Counsel: Dewsnup King Olsen Worel Havas Mortensen    Party Represented: Lisa Spruiell

Mailing Address and E-mail: 36 South State Street, Suite 2400

Salt Lake City, UT 84111

mworel@dkowlaw.com

Name of Counsel: Dewsnup King Olsen Worel Havas Mortensen    Party Represented: Kimberly Auld

Mailing Address and E-mail: 36 South State Street, Suite 2400

Salt Lake City, UT 84111

mworel@dkowlaw.com

Name of Counsel: _____    Party Represented: _____

Mailing Address and E-mail: _____

Name of Counsel: _____    Party Represented: _____

Mailing Address and E-mail: _____

Name of Counsel: _____    Party Represented: _____

Mailing Address and E-mail: _____

(If necessary, please attach list of additional attorney's)

15. Applicant agrees to comply with the provisions of the Alabama Rules of Professional Conduct, and applicant consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

16. Applicant respectfully requests to be admitted to practice in the above named court or administrative agency for this cause only.

DATED this _____27th_____ of ____November____, 20 _19_.

_____
APPLICANT

STATE OF Utah                              )
COUNTY OF Salt Lake                     )

I, Alan W. Mortensen _____,do hereby swear or affirm under penalty of perjury that I am the applicant in the above-styled matter; that I have read the foregoing application and know the contents thereof, and that the contents are true of my own knowledge, except as to those matters stated on information and belief, and that as to those matters I believe them to be true.

_____
APPLICANT

Subscribed and Sworn to before me this
____27th____ day of __November__, 20_19_.

Notary Public
NATALIE COTTAM
Commission #689020
My Commission Expires
May 2, 2020
State of Utah

_____
NOTARY PUBLIC

I hereby consent, as local counsel of record, to the association of applicant in this cause pursuant to Rule VII of the Rules Governing Admission to the Alabama State Bar.

DATED this __12th__ day of __December__ ,20 19 .

_____Matt LiDuke_____
LOCAL COUNSEL

## NOTICE OF HEARING

This application for admission is set for hearing by the court or administrative agency in the style hereof on the __10th__ day of __Jan.__ ,20 20 .

_____Matt LiDuke_____
LOCAL COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that I have filed this application and fees with the Alabama State Bar:

[X] **Civil** PHV Motions:  via **Alafile** (Including $300 electronic filing fee/$25 electronic CSF Assessment)

[ ] **Criminal** PHV Motions: via USPS to Alabama State Bar, PHV Regulatory Office, PO Box 671, Montgomery, AL 36101, accompanied by **two separate checks** ($300 filing fee/$25 CSF Assessment) (Must be filed with the Bar at least 21 days prior to PHV hearing date provided above)

On this the __12th__ day of __December__ , 20 19 .

_____Matt LiDuke_____
LOCAL COUNSEL

(Form approved by Alabama State Bar and Alabama Supreme Court to be effective January 1,1994.)



# Utah State Bar®

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660
http://www.utahbar.org

**John C. Baldwin**
Executive Director

**Board of Bar Commissioners**

**Herm Olsen**
President
Hillyard Anderson & Olsen
Logan

**Heather M. Farnsworth**
President-elect
Match & Farnsworth
Salt Lake City

**John W. Bradley**
Utah Attorney General's Office
Ogden

**Steven R. Burt, AIA**
Public Member
Entelen Design Build
Salt Lake City

**Mary Kay Griffin, CPA**
Public Member
Mayer Hoffman McCann
Salt Lake City

**Chrystal Mancuso-Smith**
Pia Anderson Moss Hoyt
Salt Lake City

**Marty E. Moore**
Peck Hadfield Baxter & Moore
Logan

**Mark O. Morris**
Snell & Wilmer
Salt Lake City

**Mark W. Pugsley**
Ray Quinney & Nebeker
Salt Lake City

**Michelle Quist**
Kunzler Bean & Adamson
Salt Lake City

**Thomas W. Seiler**
Robinson Seiler Anderson & Fife
Provo

**Cara M. Tangaro**
Tangaro Law Firm
Salt Lake City

**Heather L. Thuet**
Christensen & Jensen
Salt Lake City

**Kristin K. Woods**
Attorney at Law
St. George

\*This document expires 60 days from the date of issuance\*

Friday, November 15, 2019

To Whom It May Concern:

Re: **CERTIFICATE OF GOOD STANDING for** Alan W. Mortensen

This is to certify that  Alan W. Mortensen, Utah State Bar No. 00006616
 and was admitted to practice law in Utah on 10/19/1993.

Alan W. Mortensen is currently an ACTIVE  member of the Utah State Bar in good standing.  "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

*Elizabeth A. Wright*

Elizabeth A. Wright
General Counsel
Utah State Bar

*Serving the public.  Working for justice.*

ELECTRONICALLY FILED
12/16/2019 12:22 PM
40-CV-2019-900045.00
CIRCUIT COURT OF
LAMAR COUNTY, ALABAMA
MARY ANN JONES, CLERK



## ALABAMA STATE BAR

415 Dexter Avenue ● Post Office Box 671 ● Montgomery, Alabama 36101
Telephone: 334/269-1515 ● Fax: 334/261-6310
www.alabar.org

### STATEMENT

The following information, in response to the application of petitioner, is furnished in compliance with Rule VII, Rules Governing Admission to the Alabama State Bar  *(Pro HacVice):*

**PETITIONER:**     Mr. Alan W. Mortensen
Dewsnup King Olsen Worel Havas & Mortensen
36 S State St Ste 2400
Salt Lake City, UT    84111-0000

**CURRENT APPLICATION:**

| | |
|---|---|
| Date Application Received: | December 12, 2019 |
| Case No.: | 40-CV19-900045 |
| Style: | Lisa Renee Spruiell, etc v. Air Methods Corp |
| Court/Agency: | Circuit Court of Lamar County |
| Date of Hearing: | January 10, 2020 |

**LOCAL COUNSEL:** Mr. Matthew Ben LeDuke
Lowe Mobley Lowe & LeDuke
PO Box 819
Hamilton, AL    35570-0819

APPLICATIONS FOR RULE VII ADMISSION HAVE BEEN MADE BY ABOVE PETITIONER OR OTHER ATTORNEY MEMBERS OF PETITIONER'S FIRM IN THE PRECEDING THREE YEARS AS LISTED:

See Attached

s/Cathy Sue McCurry
PHV Clerk
December 16, 2019



Lawyers Render Service

**Dewsnup King Olsen Worel Havas & Mortensen**

Dates reported: December 12, 2016 - December 12, 2019

| Applicant | Date App Received | Case | Court | G/D/P/M |
|---|---|---|---|---|
| Lance L. Milne | | | | |
| | 11/06/2019 | 02-CV18-902653 | Circuit Court of Mobile County | Pending |
| Alan W. Mortensen | | | | |
| | 12/12/2019 | 40-CV19-900045 | Circuit Court of Lamar County | Pending |