IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

LISA RENEE SPRUIELL, Individually and as
Personal Representative of the Heirs and Estate
of JAMES LAWSON SPRUIELL, Deceased                      PLAINTIFF

v.                    No. 2:20-cv-7-DPM

AIR METHODS CORPORATION                                  DEFENDANT

GENE McKISSIC, As Special Administrator of
the Estate of JOHN WESLEY "TREY" AULD III,
Deceased                                                 PLAINTIFF

v.                    No. 2:21-cv-16-DPM

AIR METHODS CORPORATION and
ERIC MARKS, As Special Administrator
of the Estate of MICHAEL BOLLEN,
Deceased                                                 DEFENDANTS

ORDER

1. A helicopter accident from November 2017 has generated two lawsuits. Several lawyers in each case are the same. Common questions of fact and law exist. The Court therefore consolidates the cases to handle them most efficiently. FED. R. CIV. P. 42(a)(2). We'll see, in due course, if more than one trial is needed. FED. R. CIV. P. 42(b). All future filings should be made in No. 2:20-cv-7-DPM, the lead case, with the joint style used in this Order. The parties' causes of action are not

-2-

merged, though; and a separate judgment will be entered when each matter is resolved. *Hall v. Hall*, 138 S. Ct. 1118, 1127 (2018).

    **2.** Both cases will proceed under the Amended Final Scheduling Order in No. 2:20-cv-7-DPM, *Doc. 49*.

    So Ordered.

                                    _____
                                    D.P. Marshall Jr.
                                    United States District Judge

                                    8 March 2021