IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

LISA RENEE SPRUIELL, Individually
and as Personal Representative of the
Heirs and Estate of JAMES LAWSON
SPRUIELL, Deceased; and KIMBERLY
AULD, Individually and as Personal
Representative of the Heirs and Estate of
JOHN WESLEY "TREY" AULD, III, Deceased         PLAINTIFFS

v.                     No. 2:20-cv-7-DPM

AIR METHODS, CORPORATION,
a Delaware Corporation                           DEFENDANT

## JUDGMENT

The amended complaint is dismissed with prejudice. The Court retains jurisdiction until 2 December 2022 to enforce the settlement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 September 2022